UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN THE MATTER OF                          )
                                          )
RICHARD AND CASSIE KOLISH                 )  CHAPTER 13 CASE NO.  04-64944
                                          )
            DEBTORS                       )

### NOTICE FOR DEPOSIT OF FUNDS
### INTO U. S. TREASURY FUND 106000

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $19.26  into U. S. Treasury Fund 106000 for the following reasons:

1.     That the debtors herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.

2.     That the debtors' case was completed  in January 2010 and a refund check was sent to the Debtors in the amount of $19.26 in March 2010.

3.     To date the check remains uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $19.26 into U.S. Treasury Fund 106000 on behalf of  Debtors, Richard and Cassie Kolish, whose last known address was 10310 N. 477 E, DeMotte, IN 46310.


**/s/   Paul R. Chael**
Paul R. Chael, Trustee
Indiana Attorney #3881-45


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice was sent electronically on June 21, 2010 to the attorney for the debtor and the United States Trustee.


/s/   Paul R. Chael
Paul R. Chael, Chapter 13 Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015